UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

No. 14-CIV-23367-MORENO

JOHNNY GARDNER,

    Plaintiff,

vs.

ALL FLORIDA ERECTORS & WELDING, INC.,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING CASE

This is an action for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b). Plaintiff Johnny Gardner alleges that he was undercompensated for time worked in excess of forty hours per week, and Plaintiff's former employer, Defendant All Florida Erectors & Welding, Inc., now moves for summary judgment based on payroll records establishing that Plaintiff was fully compensated for his work.

Summary judgment is appropriate when there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). In evaluating Plaintiff's claim for unpaid overtime wages, the Court considers whether there is a genuine issue of fact as to whether Plaintiff received one and one-half times his regular wage for his employment in excess of forty hours per week. 29 U.S.C. § 207(2). Plaintiff's regular wage was $20 per hour, so Plaintiff was entitled to receive $30 per hour for overtime work.

In support of its motion for summary judgment, Defendant offers certified payroll records detailing the hours worked by Plaintiff, and establishing that Plaintiff was paid $30 per hour for time worked in excess of forty hours per week. *See* D.E. 22-3. Rather than providing evidence

-2-

to refute the payroll records, Plaintiff offers only conclusory allegations of underpayment over a broad period of time. Considering all evidence and inferences in a light most favorable to Plaintiff, the Court finds uncontroverted evidence that Defendant complied with the requirements of the Fair Labor Standards Act. It is therefore

ADJUDGED that Defendant's motion for summary judgment is GRANTED. Accordingly, this case is

DISMISSED with prejudice with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending motions are denied as moot with leave to renew if appropriate.

DONE and ORDERED in Chambers at Miami, Florida, this 17 day of March, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Johnny Gardner, *pro se*
214 Varner Street
Wise, VA 24293